# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| DOUBLETREE PARTNERS, L.P. | § | |
| | § | |
| V. | § | CASE NO. 4:08CV485 |
| | § | Judge Schneider/Judge Mazzant |
| | § | |
| LANDAMERICA AMERICAN TITLE | § | |
| COMPANY, LAWYERS TITLE | § | |
| INSURANCE CORPORATION, | § | |
| LANDAMERICA FINANCIAL GROUP, | § | |
| INC., and CATHY MCMULLEN | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On June 15, 2009, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion to Remand be GRANTED.

The Court, having made a *de novo* review of the objections raised by Defendants, as well as Plaintiff's response to Defendants' objections, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court, and Plaintiff's Motion to Remand is GRANTED.

It is, therefore, **ORDERED** that Plaintiff's Motion to Remand (Dkt. #10) is GRANTED.

**IT IS SO ORDERED.**

**SIGNED** this 14th day of July, 2009.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE